UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                              04-cr-336 (PKC)

        -against-                                                 ORDER

ROBERT SPEED,

                          Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The government is directed to respond to the defendant's application for relief under 18 U.S.C. § 3582(c) by December 22, 2020. The defendant may reply by January 8, 2021.

        SO ORDERED.

                                                               P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
           December 8, 2020