Case 1:04-cr-00336-PKC   Document 135   Filed 04/30/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America <br> v. <br> Robert Speed | ) <br> ) <br> ) Case No: 04 CR 336 (PKC) <br> ) USM No: 56145-054 <br> ) |
| Date of Original Judgment: 05/19/2006 <br> Date of Previous Amended Judgment: 06/29/2006 <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) Richard Bruce Lind <br> ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  06/29/2006  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 04/15/2024

_____
Judge's signature

Effective Date: _____
*(if different from order date)*

Hon. P. Kevin Castel
*Printed name and title*